No. 11–584. EASTMAN CHEMICAL CO. *v.* WELLMAN, INC. C. A. Fed. Cir. Certiorari denied.

No. 11–596. JANSSEN BIOTECH, INC., FKA CENTOCOR ORTHO BIOTECH, INC., ET AL. *v.* ABBOTT LABORATORIES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 11–598. DELLINGER *v.* SCIENCE APPLICATIONS INTERNATIONAL CORP. C. A. 4th Cir. Certiorari denied.

No. 11–600. MONCIER *v.* BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE (three judgments). Sup. Ct. Tenn. Certiorari denied.

No. 11–610. WILLIAMS *v.* SANDEL ET AL.; and
No. 11–736. SANDEL ET AL. *v.* WILLIAMS. C. A. 6th Cir. Certiorari denied. Reported below: 433 Fed. Appx. 353.

No. 11–616. CITY OF ST. LOUIS, MISSOURI, ET AL. *v.* NEIGHBORHOOD ENTERPRISES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–642. NELSON *v.* VILLAGE OF LISLE, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–643. DOE *v.* MEGLESS ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–646. LEEPER *v.* COOPER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–647. WELLS FARGO BANK, MINNESOTA, N. A., ET AL. *v.* KENTUCKY DEPARTMENT OF REVENUE, FINANCE AND ADMINISTRATION CABINET, FKA REVENUE CABINET. Sup. Ct. Ky. Certiorari denied.

No. 11–651. RENIFF, SHERIFF, BUTTE COUNTY, CALIFORNIA *v.* HRDLICKA ET AL.; and
No. 11–653. MCGINNESS, SHERIFF, SACRAMENTO COUNTY, CALIFORNIA *v.* CRIME, JUSTICE & AMERICA, INC., ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 631 F. 3d 1044.